UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-02381-SSS-SHKx | Date | August 21, 2024 |
|---|---|---|---|
| Title | Gary S. Hann v. Wallace P. Pitchford, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDERS TO SHOW CAUSE WHY DEFENDANTS WALLACE P. PITCHFORD AND PAMELA PALMIERI SHOULD NOT BE DISMISSED**

On July 16, 2024, Plaintiff Gary S. Hann moved for entry of default judgment against Wallace P. Pitchford and numerous Doe defendants. [Dkt. 62]. In support of his motion, Hann offers a declaration in which he attests that "Wallace P. Pitchford died on 1/28/24." [*Id.* at 5]. However, Hann cannot maintain claims against a dead person. *LN Management, LLC v. JPMorgan Chase Bank, N.A.*, 957 F.3d 943, 954 (9th Cir. 2020) ("We therefore join our sister circuits in holding that a party cannot maintain a suit on behalf of, or again, or join, a dead person, or in any other way make a dead person (in that person's own right, and not through a properly-represented estate or successor) party to a federal lawsuit.").

Accordingly, Hann is **ORDERED TO SHOW CAUSE** in writing why Wallace should not be dismissed from this case. The written response is due **August 30, 2024**. A hearing is set on this matter on **September 13, 2024, at 2:00 p.m. via Zoom videoconference.**

Moreover, on June 6, 2024, Hann was ordered to show cause in writing why Palmieri should not be dismissed for lack of prosecution by June 27, 2024. [*See*

Dkt. 56]. On June 27, 2024, Hann moved for entry of default judgment against Palmieri. [Dkt. 59]. On July 22, 2024, the Court denied Hann's motion for default judgment against Defendant Pamela Palmieri because no default was entered against her. [Dkt. 64]. Since then, Hann has not prosecuted his claims against Palmieri. Accordingly, the Court extends the prior order-to-show-cause deadline from **June 27, 2024, to August 30, 2024**, for Hann to explain in writing why Palmieri should not be dismissed for lack of prosecution. A hearing is set on this matter on **September 13, 2024, at 2:00 p.m. via Zoom videoconference**.

    **IT IS SO ORDERED.**