JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GARY S. HANN,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WALLACE P. PITCHFORD et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-02381-SSS-SHKx<br><br>**J U D G M E N T** |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment,

IT IS ADJUDGED that judgment is entered in the amount of $63,050 in favor of Plaintiff against Defendant Paula Palmieri.

Dated: October 22, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　　　　United States District Judge

1