UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GARY S. HANN,

          Plaintiff,

          v.

WALLACE P. PITCHFORD et al.,

          Defendants.

Case No. 5:23-cv-02381-SSS-SHKx

**CORRECTED J U D G M E N T**

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment,

IT IS ADJUDGED that judgment is entered in the amount of $63,050 in favor of Plaintiff against Defendant Pamela Palmieri.[1]

Dated: January 28, 2026

_____
SUNSHINE S. SYKES
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 60(a), the Court corrects its prior clerical mistake that inadvertently referred to the Defendant as Paula Palmieri.

1